RECEIVED
IN ALEXANDRIA, LA.

MAR 1 3 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GABRIEL MICHAEL EDWARDS #26283-018 | DOCKET NO. 1:13-CV-2416; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| DARRELL TURNER, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

Plaintiff's complaint be **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §1915(e)(2)(B) and 1915A <u>except</u> **(1) Plaintiff's excessive force and retaliation claims against Darrell Turner and (2) the medical care claim against Lt. Jones, Lt. Lawson, Counselor Watson, and Mrs. Rhodes.**

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 13th day of March, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT